# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM T. MAITLAND, II,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 04-3530-CV-S-RED-H |
| ) | |
| **BILL HEDRICK, Warden, et al.,** ) | |
| ) | |
| Respondent. ) | |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition and has submitted to the undersigned a report and recommendation that the petition be dismissed without prejudice.

Petitioner, through counsel, has filed a Report to the Court, stating the petitioner was released from federal custody on April 12, 2005, and that the crux of petitioner's habeas petition was the proper calculation of good time credit. Because petitioner's issues are now moot, it is hereby

ORDERED that petitioner be, and he is hereby, denied leave to proceed in forma pauperis; it is further

ORDERED, ADJUDGED and DECREED that the petition filed herein be dismissed without prejudice.

                                                  */s/ Richard E. Dorr*
                                                  RICHARD E. DORR, JUDGE
                                                  UNITED STATES DISTRICT COURT

DATED: January 6, 2006